CO-386-online
10/03

# United States District Court
# For the District of Columbia

INVISTA North America S.à.r.l., a Delaware Corporation )
23, Val Fleuri, L-1526, Luxembourg, )
Grand Duchy of Luxembourg, )
                                                      )
                                                      )
                          Plaintiff )          Civil Action No._____
            VS                     )
                                   )
                                   )
Rhodia Polyamide Intermediates S.A.S., a French )
Corporation, )
                                   )
                      Defendant    )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __INVISTA North America S.à.r.l.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __INVISTA North America S.à.r.l.__ which have any outstanding securities in the hands of the public:

No such parent companies, subsidiaries, or affiliates exist.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Abid R. Qureshi_ (signature)
Signature

DC Bar No. 459227
BAR IDENTIFICATION NO.

Abid R. Qureshi
Print Name

555 -11th Street NW, Suite 1000
Address

Washington    DC         20004
City          State      Zip Code

202 - 637 - 2240
Phone Number