IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INVISTA North America S.à.r.l,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-CV-02180 (RCL) |
| ) | |
| **RHODIA POLYAMIDE INTERMEDIATES S.A.S.,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that upon an unopposed motion filed under seal, Defendant Rhodia Polyamide Intermediates S.A.S. ("Rhodia PI") will move this Court before the Honorable Royce C. Lambreth, United States District Judge for the District of Columbia, at the Courthouse located at 333 Constitution Avenue, N.W., Washington, D.C., 20001, for an order allowing Rhoida PI to file under seal its Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation and Accompanying Exhibits.

Dated: January 24, 2007

                                      Respectfully submitted,

                                      _____/s/_____

Jonathan L. Greenblatt (D.C. Bar No. 449874)
Christopher M. Ryan (D.C. Bar No. 476661)
Wesley J. Heath (D.C. Bar No. 488100)
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Telephone: (202) 508-8000
Facsimile: (202) 508-8100

*Attorneys for Rhodia Polyamide Intermediates S.A.S.*