CO-386-online
10/03

# United States District Court
# For the District of Columbia

INVISTA North America S.a.r.l.　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　vs　　　Plaintiff　　　　)　　Civil Action No. 06-cv-02180 (RCL)
　　　　　　　　　　　　　　　　　)
RHODIA POLYAMIDE　　　　　　　　)
INTERMEDIATES S.A.S　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant　　　　　)

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Rhodia Polyamide Intermediates S.A.S. ("Rhodia PI")__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Rhodia PI__ which have any outstanding securities in the hands of the public:

Birla Corporation Ltd.
Birla Ericcson Opticals Ltd.
Rhodia S.A.
Universal Cables Ltd.
Vindhya Telelinks Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Signature

449874　　　　　　　　　　　　　Jonathan L. Greenblatt
BAR IDENTIFICATION NO.　　　　　Print Name

　　　　　　　　　　　　　　　　Shearman & Sterling LLP, 801 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　Washington　　D.C.　　　20004
　　　　　　　　　　　　　　　　City　　　　　　State　　　Zip Code

　　　　　　　　　　　　　　　　202-508-8000
　　　　　　　　　　　　　　　　Phone Number