IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INVISTA NORTH AMERICA S.à.r.l,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | No. 06-CV-02180 (RCL) |
| **RHODIA POLYAMIDE INTERMEDIATES S.A.S.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION
OR STAY PROCEEDINGS UNTIL ENTRY OF A FINAL AWARD IN THE PENDING
*AD HOC* ARBITRATION BETWEEN THE PARTIES TO THIS LITIGATION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff INVISTA North America S.à.r.l respectfully moves this Court, through its undersigned counsel, for an enlargement of time until February 26, 2007, in which to file its response to Defendant's Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation (the "Motion").

Plaintiff's counsel, Robert J. Gunther, Jr., is out of the office preparing for trial and may not return until February 15, 2007, after the trial's conclusion. Because of this required absence, and in light of the breadth of issues raised by the Motion, Plaintiff moves for an enlargement of time, until February 26, 2007, within which to file its response to the Motion. The parties have conferred on this matter. Defendant does not oppose such enlargement.

Plaintiff has agreed that Defendant may move without opposition for an enlargement of time for filing its reply to Plaintiff's opposition to the Motion, such that the reply will be due on March 16, 2007.

Dated: January 29, 2007                    Respectfully submitted:

                                            By:   /s/ Abid R. Qureshi

                                             Abid R. Qureshi (D.C. Bar No. 459227)
                                             LATHAM & WATKINS LLP
                                             555 Eleventh Street, NW
                                             Suite 1000
                                             Washington, DC  20004
                                             Telephone:  (202) 637-2200
                                             Facsimile:   (202) 637-2201

                                             Attorney for the Plaintiff

                                             Of Counsel:
                                             Robert J. Gunther, Jr.
                                             James P. Barabas
                                             LATHAM & WATKINS LLP
                                             885 Third Avenue, Suite 1000
                                             New York, New York  10022
                                             Telephone: (212) 906-1200
                                             Facsimile:  (212) 751-4864

## CERTIFICATE OF SERVICE

I certify that on January 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF:


Jonathan L. Greenblatt (D.C. Bar No. 449874)
(jgreenblatt@shearman.com)

Wesley J. Heath (D.C. Bar No. 488100)
(wesley.heath@shearman.com)

SHEARMAN AND STERLING, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Defendant Rhodia Polyamide Intermediates S.A.S.*


　　　　　　　　　　　　　　　　_____/s/ Abid R. Qureshi_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INVISTA NORTH AMERICA S.à.r.l,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**RHODIA POLYAMIDE INTERMEDIATES S.A.S.,** )<br>)<br>**Defendant.** )<br>)<br>) | No. 06-CV-02180 (RCL) |

## ORDER

Upon consideration of the Unopposed Motion by Plaintiff INVISTA North America S.à.r.l For Enlargement of Time to File Its Opposition To Defendant's Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation, it is, by this Court this _____ day of _____ 2007;

ORDERED that the Plaintiff's motion is hereby GRANTED; and it is

FURTHER ORDERED that the Plaintiff's time to respond to Defendant's Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation is enlarged to February 26, 2007.

_____
Hon. Royce C. Lamberth
United States District Judge

cc:

Abid R. Qureshi (D.C. Bar No. 459227)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Of Counsel:
Robert J. Gunther, Jr.
James P. Barabas
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York  10022
Telephone: (212) 906-1200
Facsimile:  (212) 751-4864

*Attorneys for Invista North America S.à.r.l.*


Jonathan L. Greenblatt (D.C. Bar No. 449874)
Christopher M. Ryan (D.C. Bar No. 476661)
Wesley J. Heath (D.C. Bar No. 488100)
SHEARMAN AND STERLING, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Telephone: (202) 508-8000
Facsimile: (202) 508-8100

*Attorneys for Rhodia Polyamide Intermediates S.A.S.*