UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INVISTA NORTH AMERICA S.a.r.l.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **RHODIA POLYAMIDE INTERMEDIATES S.A.S.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Unopposed Motion [7] by plaintiff INVISTA North America S.a.r.l. for Enlargement of Time to File its Opposition to Defendant's Motion to Compel Arbitration or Stay Proceedings Until Entry of a Final Award in the Pending Ad Hoc Arbitration Between the Parties to this Litigation, it is hereby

ORDERED, that the plaintiff's Motion [7] is hereby GRANTED; and it is further

ORDERED that the plaintiff's time to respond to defendant's Motion to Compel Arbitration or Stay Proceedings is enlarged to February 26, 2007; and it is further

ORDERED that defendant's time to reply to plaintiff's response is enlarged to March 16, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 29, 2007.