UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INVISTA North America S.à.r.l., a Delaware Corporation<br>23, Val Fleuri, L-1526,<br>Luxembourg,<br>Grand Duchy of Luxembourg,<br><br>          Plaintiff,<br><br>v.<br><br>Rhodia Polyamide Intermediates S.A.S., a French Corporation,<br><br>          Defendant. | Civil Case No. 06-CV-02180 (RCL) |

**NOTICE OF MOTION TO FILE UNDER SEAL**

TAKE NOTICE that Plaintiff INVISTA North America S.à.r.l. ("INVISTA NA") will move this Court for the entry of an Order permitting INVISTA NA to file under seal its Memorandum of Points and Authorities in Opposition to Defendant Rhodia Polyamide Intermediates S.A.S.'s Motion to Compel Arbitration or Stay the Case Pending Arbitration and Accompanying Exhibits ("Opposition"). Concurrent with the filing of its Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation, Rhodia Polyamide Intermediates S.A.S. filed an unopposed Notice of Motion to File Under Seal. INVISTA NA moves to file its Opposition to that motion under seal.

Dated: February 26, 2007

                            LATHAM & WATKINS LLP

                            /s/ Abid R. Qureshi_____
                            Abid R. Qureshi (D.C. Bar No.459227)
                            555 Eleventh Street, NW
                            Suite 1000
                            Washington, DC  20004
                            Telephone:  (202) 637-2200
                            Facsimile:   (202) 637-2201
                            Attorney for the Plaintiff