UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INVISTA North America S.à.r.l., a Delaware Corporation<br>23, Val Fleuri, L-1526,<br>Luxembourg,<br>Grand Duchy of Luxembourg,<br><br>      Plaintiff,<br><br>v.<br><br>Rhodia Polyamide Intermediates S.A.S., a French Corporation,<br><br>      Defendant. | Civil Case No. 06-CV-02180 (RCL) |

## MOTION TO FILE UNDER SEAL

Counsel for Plaintiff INVISTA North America S.à.r.l. ("INVISTA NA") respectfully requests this Court to file under seal its Memorandum of Points and Authorities in Opposition to Defendant Rhodia Polyamide Intermediates S.A.S.'s Motion to Compel Arbitration or Stay the Case Pending Arbitration and accompanying exhibits ("Opposition"). As required by LCvR 7.1(m), INVISTA NA has conferred with Rhodia Polyamide Intermediates S.A.S. ("Rhodia PI"), and Rhodia PI does not oppose this motion.

In its Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation, Rhodia PI has put at issue a Confidentiality Agreement between Rhodianyl S.N.C. and E.I. du Pont de Nemours and Company ("Confidentiality Agreement"). INVISTA NA has assumed E.I. du Pont de Nemours and Company's rights under the Confidentiality Agreement. The Confidentiality Agreement is

itself confidential and forbids the parties from disclosing its terms or referencing its existence. (Confidentiality Agreement, ¶ 1,3, attached as Exhibit 1 to INVISTA NA's Opposition). The disclosure of the terms and existence of the Confidentiality Agreement would result in significant harm to INVISTA NA. Accordingly, INVISTA NA respectfully requests this Court to file its Opposition under seal.

Furthermore, INVISTA NA's motion to file its Opposition under seal is without prejudice to its arguments in the current dispute before the Court, and consequently INVISTA NA reserves all its rights to challenge such application of the Confidentiality Agreement.

Dated: February 26, 2007

                                            LATHAM & WATKINS LLP

                                            /s/ Abid. R. Qureshi
                                            Abid R. Qureshi (D.C. Bar No. 459227)
                                            555 Eleventh Street, NW
                                            Suite 1000
                                            Washington, DC  20004
                                            Telephone:  (202) 637-2200
                                            Facsimile:   (202) 637-2201
                                            Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INVISTA North America S.à.r.l., a Delaware Corporation<br>23, Val Fleuri, L-1526,<br>Luxembourg,<br>Grand Duchy of Luxembourg,<br><br>    Plaintiff,<br><br>v.<br><br>Rhodia Polyamide Intermediates S.A.S., a French Corporation,<br><br>    Defendant. | Civil Case No. 06-CV-02180 (RCL) |

## **ORDER**

Having considered the Motion by Plaintiff INVISTA North America S.à.r.l. ("INVISTA NA") to file under seal its Memorandum of Points and Authorities in Opposition to Defendant Rhodia Polyamide Intermediates S.A.S.'s Motion to Compel Arbitration or Stay the Case Pending Arbitration and accompanying exhibits, all supporting papers, and otherwise being fully advised, Plaintiff's motion is GRANTED.

**IT IS SO ORDERED.**

_____
United States District Judge, Royce C. Lamberth

Washington, D.C.

Dated: _____

**Persons to Be Served with Order**

This Order shall be served upon the following counsel:

Abid R. Qureshi (D.C. Bar No. 459227)
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Fascimile: (202 637-2201

*Attorney for INVISTA North America S à.r.l.*

Jonathan L. Greenblatt (D.C. Bar No. 449874)
Christopher M. Ryan (D.C. Bar No. 476661)
Wesley J. Heath (D.C. Bar No. 488100)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100

*Attorneys for Rhodia Polyamide Intermediates S.A.S.*