UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INVISTA North America S.à.r.l., a Delaware
Corporation
23, Val Fleuri, L-1526,
Luxembourg,
Grand Duchy of Luxembourg,

                    Plaintiff,

v.

Rhodia Polyamide Intermediates S.A.S., a French
Corporation,

                    Defendant.

Civil Case No. 06-CV-02180 (RCL)

## NOTICE OF MOTION TO FILE UNDER SEAL

TAKE NOTICE that Plaintiff INVISTA North America S.à.r.l. ("INVISTA NA") will

move this Court for the entry of an Order permitting INVISTA NA to refile under seal its

Memorandum of Points and Authorities in Opposition to Defendant Rhodia Polyamide

Intermediates S.A.S.'s Motion to Compel Arbitration or Stay the Case Pending Arbitration and

Accompanying Exhibits ("Opposition").  Concurrent with the filing of its Motion to Compel

Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration

Between the Parties to this Litigation, Rhodia Polyamide Intermediates S.A.S. filed an

unopposed Notice of Motion to File Under Seal.  INVISTA NA moves to refile its Opposition to

that motion under seal.

Dated: February 28, 2007

LATHAM & WATKINS LLP

/s/ Abid R. Qureshi
Abid R. Qureshi (D.C. Bar No. 459227)
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004
Telephone:  (202) 637-2200
Facsimile:   (202) 637-2201
Attorney for the Plaintiff