UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INVISTA North America S.à.r.l., a Delaware Corporation<br>23, Val Fleuri, L-1526,<br>Luxembourg,<br>Grand Duchy of Luxembourg,<br><br>     Plaintiff,<br><br>v.<br><br>Rhodia Polyamide Intermediates S.A.S., a French Corporation,<br><br>     Defendant. | Civil Case No. 06-CV-02180 (RCL) |

## <u>MOTION TO FILE UNDER SEAL</u>

  Counsel for Plaintiff INVISTA North America S.à.r.l. ("INVISTA NA") respectfully requests this Court to refile under seal its Memorandum of Points and Authorities in Opposition to Defendant Rhodia Polyamide Intermediates S.A.S.'s Motion to Compel Arbitration or Stay the Case Pending Arbitration and accompanying exhibits ("Opposition"). As required by LCvR 7.1(m), INVISTA NA has conferred with Rhodia Polyamide Intermediates S.A.S. ("Rhodia PI"), and Rhodia PI does not oppose this motion.

  In its Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation, Rhodia PI has put at issue a Confidentiality Agreement between Rhodianyl S.N.C. and E.I. DuPont de Nemours and Company ("Confidentiality Agreement"). INVISTA NA has assumed E.I. DuPont de Nemours and Company's rights under the Confidentiality Agreement. The Confidentiality Agreement is

itself confidential and forbids the parties from disclosing its terms or referencing its existence.

(Confidentiality Agreement, ¶ 1,3, attached as Exhibit 1 to INVISTA NA's Opposition.)  The

disclosure of the terms and existence of the Confidentiality Agreement would result in

significant harm to INVISTA NA.  Accordingly, INVISTA NA respectfully requests this Court

to file its Opposition under seal.

On February 26, 2007, INVISTA NA had filed the original copy of this Opposition.

Because of clerical error, page numbers in that Opposition were inadvertently adjusted.  By

refiling the Opposition, INVISTA NA seeks to correct the page numbering as well as insert a

caption on page one of the Opposition.  No other changes were made.  Counsel for Rhodia PI

does not oppose this refiling.

INVISTA NA's motion to refile its Opposition under seal is without prejudice to its

arguments in the current dispute before the Court, and consequently INVISTA NA reserves all

its rights to challenge such application of the Confidentiality Agreement.


Dated: February 28, 2007

LATHAM & WATKINS LLP


＿＿＿＿/s/ Abid R. Qureshi＿＿＿＿＿＿＿
Abid R. Qureshi (D.C. Bar No. 459227)
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INVISTA North America S.à.r.l., a Delaware
Corporation
23, Val Fleuri, L-1526,
Luxembourg,
Grand Duchy of Luxembourg,

                Plaintiff,

v.

Rhodia Polyamide Intermediates S.A.S., a French
Corporation,

                Defendant.

Civil Case No. 06-CV-02180 (RCL)

## **ORDER**

      Having considered the Motion by Plaintiff INVISTA North America S.à.r.l. ("INVISTA

NA") to refile under seal its Memorandum of Points and Authorities in Opposition to Defendant

Rhodia Polyamide Intermediates S.A.S.'s Motion to Compel Arbitration or Stay the Case

Pending Arbitration and accompanying exhibits, all supporting papers, and otherwise being fully

advised, Plaintiff's motion is GRANTED.

**IT IS SO ORDERED.**

_____
United States District Judge, Royce C. Lamberth

Washington, D.C.

Dated: _____

## Persons to Be Served with Order

This Order shall be served upon the following counsel:

Abid R. Qureshi (D.C. Bar No. 459227)
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Fascimile: (202 637-2201

*Attorney for INVISTA North America S à.r.l.*

Jonathan L. Greenblatt (D.C. Bar No. 449874)
Christopher M. Ryan (D.C. Bar No. 476661)
Wesley J. Heath (D.C. Bar No. 488100)
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100

*Attorneys for Rhodia Polyamide Intermediates S.A.S.*