IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **INVISTA NORTH AMERICA S.à.r.l,**<br><br>Plaintiff,<br><br>v.<br><br>**RHODIA POLYAMIDE INTERMEDIATES S.A.S.,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 06-CV-02180 (RCL)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION BY DEFENDANT RHODIA POLYAMIDE INTERMEDIATES S.A.S TO FILE UNDER SEAL ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION OR STAY PROCEEDINGS UNTIL ENTRY OF A FINAL AWARD IN THE PENDING *AD HOC* ARBITRATION BETWEEN THE PARTIES TO THIS LITIGATION AND ACCOMPANYING EXHIBITS**

Counsel for Defendant Rhodia Polyamide Intermediates S.A.S. ("Rhodia PI") respectfully requests this Court allow filing of its Reply Brief in support of its Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation and accompanying exhibits ("Reply") under seal. As required by LCvR 7.1(m), Rhodia PI has conferred with Plaintiff Invista North America S.à.r.l. ("Invista NA"). Invista NA does not oppose this motion.

This Court granted Rhodia PI's unopposed motion to file under seal its Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation and accompanying exhibits ("Motion to Compel Seal Motion") on January 26, 2007. This Court also granted Invista NA's amended unopposed motion to file under seal its Opposition to Rhodia PI's Motion to Compel ("Opposition Seal Motion") on March 1, 2007.

2

    For the reasons contained in the Motion to Compel Seal Motion and Opposition Seal Motion, Rhodia PI respectfully requests this Court allow the filing of its Reply and accompanying exhibits under seal.

                                    Respectfully submitted,

                                      /s/ _____
                                  Jonathan L. Greenblatt (D.C. Bar No. 449874)
                                  Christopher M. Ryan (D.C. Bar No. 476661)
                                  Wesley J. Heath (D.C. Bar No. 488100)
                                  SHEARMAN & STERLING LLP
                                  801 Pennsylvania Avenue, N.W.
                                  Washington, D.C. 20004

                                  Telephone: (202) 508-8000
                                  Facsimile: (202) 508-8100

                                  *Attorneys for Rhodia Polyamide Intermediates S.A.S.*

Dated: March 17, 2007.
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INVISTA NORTH AMERICA S.à.r.l,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-CV-02180 (RCL) |
| ) | |
| **RHODIA POLYAMIDE INTERMEDIATES S.A.S.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court, having considered the Unopposed Motion by Defendant Rhodia Polyamide Intermediates S.A.S. to File under Seal its Reply Brief in support of its Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation and Accompanying Exhibits, all supporting papers, and otherwise being fully advised finds that Rhodia Polyamide Intermediates S.A.S.' Reply Brief in support of its Motion to Compel Arbitration or Stay Proceedings Until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation and accompanying exhibits are to be filed under seal. Accordingly, Defendant's motion is GRANTED.

**IT IS SO ORDERED.**

_____
United States District Judge

Washington, D.C

Dated: _____

**Persons to Be Served with Order**

This Order shall be served upon the following counsel:

Abid R. Qureshi (D.C. Bar. No. 459227)
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorney for Invista North America S.à.r.l.*

Jonathan L. Greenblatt (D.C. Bar No. 449874)
Christopher M. Ryan (D.C. Bar No. 476661)
Wesley J. Heath (D.C. Bar No. 488100)
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Telephone: (202) 508-8000
Facsimile: (202) 508-8100

*Attorneys for Rhodia Polyamide Intermediates S.A.S.*