UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INVISTA North America S.à.r.l., a Delaware Corporation 23, Val Fleuri, L-1526, Luxembourg, Grand Duchy of Luxembourg, <br><br>                    Plaintiff, <br><br> v. <br><br> Rhodia Polyamide Intermediates S.A.S., a French Corporation, <br><br>                    Defendant. | Civil Case No. 06-CV-02180 (RCL) |

## NOTICE OF MOTION TO FILE UNDER SEAL

TAKE NOTICE that Plaintiff INVISTA North America S.à.r.l. ("INVISTA NA") will

move this Court for the entry of an Order permitting INVISTA NA to file under seal its Proposed

Sur-Reply in Opposition to Defendant Rhodia Polyamide Intermediates S.A.S.'s Motion to

Compel Arbitration or Stay the Case Pending Arbitration, and accompanying motion for leave to

file the Proposed Sur-Reply.  Concurrent with the filing of its Motion to Compel Arbitration or

Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the

Parties to this Litigation and its reply papers to that motion, Rhodia Polyamide Intermediates

S.A.S. filed unopposed motions to file under seal.  Plaintiff INVISTA NA has also filed an

unopposed motion to file its opposition papers under seal.  INVISTA NA moves to file its

Proposed Sur-Reply under seal.

Dated: March 19, 2007

LATHAM & WATKINS LLP


 _/s/ Abid. R. Qureshi_____
    Abid R. Qureshi
    555 Eleventh Street, NW
    Suite 1000
    Washington, DC  20004
    Telephone:  (202) 637-2200
    Facsimile:   (202) 637-2201
    Attorney for the Plaintiff

Of Counsel:
Robert J. Gunther, Jr.
Mark Beckett
James P. Barabas
Dan Tan
885 Third Avenue, Suite 1000
New York, New York  10022
Telephone: (212) 906-1200
Facsimile:  (212) 751-4864