IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INVISTA NORTH AMERICA S.à.r.l,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RHODIA POLYAMIDE INTERMEDIATES S.A.S.,** )<br>)<br>Defendant. )<br>) | No. 06-CV-02180 (RCL) |

**UNOPPOSED MOTION BY DEFENDANT RHODIA POLYAMIDE INTERMEDIATES S.A.S TO FILE UNDER SEAL ITS OPPOSITION TO INVISTA NORTH AMERICA S.A.R.L.'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Counsel for Defendant Rhodia Polyamide Intermediates S.A.S. ("Rhodia PI") respectfully requests this Court allow filing of its Opposition to Invista North America S.à.r.l.'s Motion for Leave to File Sur-Reply ("Opposition") under seal. As required by LCvR 7.1(m), Rhodia PI has conferred with Plaintiff Invista North America S.à.r.l. ("Invista NA"). Invista NA does not oppose this motion.

This Court granted Rhodia PI's unopposed motion to file under seal its Motion to Compel Arbitration or Stay Proceedings until Entry of a Final Award in the Pending *Ad Hoc* Arbitration Between the Parties to this Litigation and accompanying exhibits ("Motion to Compel Seal Motion") on January 26, 2007. This Court also granted Invista NA's amended unopposed motion to file under seal its Opposition to Rhodia PI's Motion to Compel ("Opposition Seal Motion") on March 1, 2007. Invista NA moved for leave to file its Motion for Leave to File Sur-Reply under seal ("Sur-Reply Seal Motion") on March 19, 2007. That motion remains pending.

1

2

     For the reasons contained in the Motion to Compel Seal Motion, Opposition Seal Motion, and Sur-Reply Seal Motion, Rhodia PI respectfully requests this Court allow the filing of its Opposition and accompanying exhibits under seal.

                                       Respectfully submitted,

                                       ___/s/_____
                                       Jonathan L. Greenblatt (D.C. Bar No. 449874)
                                       Christopher M. Ryan (D.C. Bar No. 476661)
                                       Wesley J. Heath (D.C. Bar No. 488100)
                                       SHEARMAN & STERLING LLP
                                       801 Pennsylvania Avenue, N.W.
                                       Washington, D.C. 20004

                                       Telephone: (202) 508-8000
                                       Facsimile: (202) 508-8100

                                       *Attorneys for Rhodia Polyamide Intermediates S.A.S.*

Dated: March 22, 2007.
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **INVISTA NORTH AMERICA S.à.r.l,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RHODIA POLYAMIDE INTERMEDIATES S.A.S.,** )<br>)<br>Defendant. )<br>) | No. 06-CV-02180 (RCL) |

## ORDER

The Court, having considered the Unopposed Motion by Defendant Rhodia Polyamide Intermediates S.A.S. to File under Seal its Opposition to Invista North America S.à.r.l.'s Motion for Leave to File Sur-Reply, all supporting papers, and otherwise being fully advised finds that Rhodia Polyamide Intermediates S.A.S.' Opposition to Invista North America S.à.r.l.'s Motion for Leave to File Sur-Reply is to be filed under seal.  Accordingly, Defendant's motion is GRANTED.

**IT IS SO ORDERED.**

_____
United States District Judge

Washington, D.C

Dated: _____

## Persons to Be Served with Order

This Order shall be served upon the following counsel:

Abid R. Qureshi (D.C. Bar. No. 459227)
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorney for Invista North America S.à.r.l.*

Jonathan L. Greenblatt (D.C. Bar No. 449874)
Christopher M. Ryan (D.C. Bar No. 476661)
Wesley J. Heath (D.C. Bar No. 488100)
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Telephone: (202) 508-8000
Facsimile: (202) 508-8100

*Attorneys for Rhodia Polyamide Intermediates S.A.S.*