UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| INVISTA North America S.à.r.l., a Luxembourg Corporation<br>23, Val Fleuri, L-1526,<br>Luxembourg,<br>Grand Duchy of Luxembourg,<br><br>        Plaintiff,<br><br>v.<br><br>Rhodia Polyamide Intermediates S.A.S., a French Corporation,<br><br>        Defendant. | Civil Case No. 06-CV-2180 (RCL)<br><br><br>ERRATA |

## **ERRATA**

Plaintiff, INVISTA North America S.à.r.l., hereby notifies the Court and Defendant, Rhodia Polyamide Intermediates S.A.S., of an error in the Complaint filed on December 22, 2006. The Complaint erroneously stated that Plaintiff is a corporation organized under the laws of Delaware. Plaintiff is in fact a corporation organized under the laws of Luxembourg. Plaintiff seeks to correct this error by the filing of the instant pleading.

May 25, 2007                                          LATHAM & WATKINS LLP

    /s/ Abid R. Qureshi
Abid R. Qureshi
D.C. Bar No. 459227
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004
Abid.Qureshi@lw.com
Telephone:  (202) 637-2200
Facsimile:   (202) 637-2201

Attorney for the Plaintiff