UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INVISTA NORTH AMERICA S.a.r.l., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RHODIA POLYAMIDE )<br>INTERMEDIATES S.A.S., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2180 (RCL) |

## ORDER

This matter comes before the Court on plaintiff INVISTA North America S.a.r.l.'s ("INVISTA NA") Unopposed Motion [13] to file under Seal its Opposition to defendant Rhodia Polyamide Intermediates S.A.S.'s ("Rhodia PI") Motion [8] to Compel Arbitration or to Stay Proceedings Until Entry of a Final Award in the Pending Ad Hoc Arbitration Between the Parties to this Litigation ("Compel") and Rhodia PI's Unopposed Motion [14] to file under Seal its Reply Brief in support of its Motion [8] to Compel.  Upon consideration of the motions [13, 14], it is hereby

ORDERED that the Motions [13, 14] are GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 12, 2007.