UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **INVISTA NORTH AMERICA S.a.r.l.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2180 (RCL) |
| | ) | |
| **RHODIA POLYAMIDE** | ) | |
| **INTERMEDIATES S.A.S.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

This matter comes before the Court on plaintiff INVISTA North America S.à.r.l.'s ("INVISTA NA") Unopposed Motion [16] to File under Seal its Motion for Leave to File Sur-Reply; INVISTA NA's Opposed Motion [16] for Leave to File Sur-Reply; and defendant Rhodia Polyamide Intermediates S.A.S.'s ("Rhodia PI") Unopposed Motion [17] to file under seal its Opposition to plaintiff's Motion for Leave to File Sur-Reply.[1]  Upon consideration of plaintiff's motion [16], defendant's opposition [17], the applicable law, and the record herein, it is hereby

ORDERED that plaintiff's Unopposed Motion [16] to File under Seal its Motion for Leave to File Sur-Reply is GRANTED; it is further

ORDERED that plaintiff's Opposed Motion [16] for Leave to File Sur-Reply is GRANTED; it is further

ORDERED that plaintiff's Proposed Sur-Reply is admitted to the record under seal; it is further

---

[1] Plaintiff's motion [16] contained both a motion to file under seal its motion for leave to file sur-reply and the motion for leave to file sur-reply.

ORDERED that defendant's Unopposed Motion [17] to file under seal its Opposition to plaintiff's motion [16] is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 12, 2007.