UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INVISTA NORTH AMERICA S.à.r.l.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **RHODIA POLYAMIDE** ) <br> **INTERMEDIATES S.A.S.,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 06-2180 (RCL) |

## ORDER

This matter comes before the Court on defendant Rhodia Polyamide Intermediates S.A.S.'s ("Rhodia PI") Motion [8] to Compel Arbitration. In its Opposition [13], INVISTA NA moved this Court for an oral argument to determine whether arbitration should be compelled and to stay these proceedings if the Court compels arbitration. Upon consideration of Rhodia PI's motion, plaintiff INVISTA North America S.à.r.l.'s ("INVISTA NA") opposition [13] thereto, Rhodia PI's reply [14], INVISTA NA's sur-reply [16], the applicable law, and the record herein, it is hereby, for the reasons set forth in the accompanying memorandum opinion,

ORDERED that Rhodia PI's Motion [8] to Compel Arbitration is GRANTED; it is further

ORDERED that INVISTA NA's Motion [13] to Request an Oral Argument and to Stay the Proceedings Pending Arbitration is DENIED; and it is further

ORDERED that INVISTA NA's claims are DISMISSED WITH PREJUDICE and must be submitted to arbitration.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 6, 2007.