UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INVISTA NORTH AMERICA S.À.R.L.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RHODIA POLYAMIDE INTERMEDIATES S.A.S.,**<br><br>**Defendant.** | Civil Action No. 06-2180 (RCL) |

## NOTICE OF APPEAL

Notice is hereby given this 4th day of September, 2007, that Plaintiff INVISTA North America S.à.r.l. ("INVISTA NA") appeals to the United States Court of Appeals for the Federal Circuit from the order and final judgment of this Court entered on August 6, 2007, granting Defendant Rhodia Polyamide Intermediates S.A.S.'s motion to compel arbitration, denying INVISTA NA's motion in the alternative to stay the proceedings, and dismissing with prejudice INVISTA NA's claims.

Dated: September 4, 2007

Respectfully submitted,

/s/ Abid R. Qureshi
Abid R. Qureshi (D.C. Bar No. 459227)
LATHAM & WATKINS LLP
555 11th Street N.W. Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Abid.Qureshi@lw.com
*Attorney for the Plaintiff*

Of Counsel:

Mark D. Beckett
Kurt M. Rogers
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022

Robert J. Gunther, Jr.
James P. Barabas
WILMER CUTLER PICKERING HALE
& DORR LLP
399 Park Avenue
New York, NY 10022

*Attorneys for Plaintiff*


In accordance with Local Civil Rule 5.4(d), service has been effected via the CM/ECF system through the distribution of notice of filing upon the address listed below.

Jonathan L. Greenblatt
Wesley James Heath
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004