Form 1

**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a United States District Court**

### Name of United States District Court for the <u>District of Columbia</u>

Case Number <u>06-2180 (RCL)</u>

<u>INVISTA NORTH AMERICA S.à.r.l.</u>,     Plaintiff,

v.     **NOTICE OF APPEAL**

<u>RHODIA POLYAMIDE INTERMEDIATES S.A.S.</u>,     Defendant.

    Notice is hereby given that <u>Rhodia Polyamide Intermediates S.A.S.</u> (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the <u>order granting motion to compel</u> (from the final judgment) ((from an order) (describe the order)) entered in this action on <u>August 6</u>, <u>2007</u> (date).



(Signature of appellant or attorney)

Shearman & Sterling LLP
801 Pennsylvania Ave., N.W., Suite 900
Washington, DC 20004
202-508-8098

(Address of appellant or attorney)

**RECEIVED**

SEP 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



*See* Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

99