# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2007-1576 - INVISTA N AMER V RHODIA POLY

**Date of docketing**: 09/25/2007

**Appeal from**: United States District Court/ District of Columbia
case no. 06-CV-2180 (RCL)

**Cross-appellant**(s): Rhodia Polyamide Intermediates S.A.S.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.

Jan Horbaly
Clerk

cc: US District Court, DC
    Abid Riaz Qureshi
    Jonathan Lee Greenblatt

# RECEIVED

SEP 2 7 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: September 25, 2007

Official Caption[1]

2007-1544, -1576

INVISTA NORTH AMERICA S.A.R.L.,

Plaintiff-Appellant,

v.

RHODIA POLYAMIDE INTERMEDIATES S.A.S.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Columbia in case no. 06-CV-2180, Judge Royce C. Lamberth.

Authorized Abbreviated Caption[2]

INVISTA N AMER v RHODIA POLY, 2007-1544, -1576

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.