# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-1576

INVISTA NORTH AMERICA S.A.R.L.,

        Plaintiff-Appellant,

v.

RHODIA POLYAMIDE INTERMEDIATES S.A.S.,

        Defendant-Cross Appellant.

# ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,



Jan Horbaly
Clerk

10/11/07

cc:   Clerk's Office, DCT

**ISSUED AS A MANDATE:** 10/11/07

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 11 2007

JAN HORBALY
CLERK

INVISTA N AMER V RHODIA POLY, 2007-1576
DCT - 06-CV-2180

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/11/07